# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT 20 AM 9: 20
CLERK _____
SO. DIST. OF GA.

United States of America
v.
Billy Medlock

)
)  Case No:   4:97CR00180-1
)
)  USM No:    09597-021
)
)  Steven L. Beauvais
)  *Defendant's Attorney*

Date of Original Judgment:          March 18, 1998
Date of Previous Amended Judgment:  N/A
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.**  ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____270____ months **is reduced to** ____time served____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___March 18, 1998___ shall remain in effect.
**IT IS SO ORDERED.**
Order Date:  October 20, 2015          _____
                                        Judge's signature

Effective Date: November 1, 2015        Dudley H. Bowen, Jr.
*(if different from order date)*        United States District Judge
                                        *Printed name and title*