# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR497-180 |
| ) | |
| BILLY MEDLOCK,, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Application for leave of absence has been requested by Steven L. Beauvais for the period of Tuesday, July 12, 2016 through and including Friday, August 12, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this __12th__ day of July, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA