UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR497-180 |
| | ) |
| BILLY MEDLOCK, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

On May 2, 2016, the Court ordered a psychological examination of defendant Billy Medlock after finding reasonable cause to suspect his mental competency and his sanity at the time of the alleged violation of the conditions of his supervised release. Doc. 163. After evaluating Medlock at the Federal Detention Center in Miami, Florida, the forensic psychologist concluded that Medlock is incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The psychologist further concluded that Medlock's mental illness interfered with his ability to appreciate the nature and quality or the wrongfulness of his actions at the time of the alleged violation.

Counsel for the parties have informed the Court that they stipulate to the report's findings and conclusions and have waived their right to present

additional evidence at a competency hearing. Based upon the unrebutted psychological evidence, the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. § 4241(d). It is therefore **RECOMMENDED** that the defendant be committed to the custody of the Attorney General, who should be **DIRECTED** to hospitalize the defendant "for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed." 18 U.S.C. § 4241(d)(1); *see United States v. Donofrio*, 896 F.2d 1301, 1303 (11th Cir. 1990).

**SO REPORTED AND RECOMMENDED** this  11th  day of October, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA